# GAINEY McKENNA & EGLESTON

_____

ATTORNEYS AT LAW

www.gme-law.com

501 FIFTH AVENUE
19th FLOOR
NEW YORK, NEW YORK 10017
TEL: (212) 983-1300
FAX: (212) 983-0383

375 ABBOTT ROAD
PARAMUS, NEW JERSEY 07652
TEL: (201) 225-9001
FAX: (201) 225-9002

Please Reply To The New York Address

> By no later than **September 22, 2023,** the parties shall submit the necessary papers in connection with their application for preliminary approval of the settlement.
>
> The Clerk of Court is directed to stay all stay all deadlines in this matter, and to terminate ECF No. 51.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Date: August 8, 2023

August 7, 2023

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *In re Kiromic Biopharma, Inc. Secs. Litig.* (No. 1:22-cv-06690 (JHR) (S.D.N.Y.)

Dear Judge Rearden:

This law firm represents plaintiffs, Ari Karp, Ethan Karp, and Ronald Karp in this putative class action. With permission from Kiromic Biopharma, Inc. ("Kiromic"), we write to inform Your Honor that plaintiffs and Kiromic have reached a global settlement in principle.

We therefore request that the Court stay all deadlines to allow for the preparation of a formal written Settlement Agreement and the submission thereafter of the proposed settlement to this Court for preliminary approval, and the dissemination of an approved Notice to the proposed Class. Plaintiffs and Kiromic will use their best efforts to submit these items to the Court during the next 30 days.

Respectfully submitted,

**GAINEY McKENNA & EGLESTON**

*Thomas J. McKenna*

Thomas J. McKenna

TJM/cg