# GAINEY McKENNA & EGLESTON

ATTORNEYS AT LAW

www.gme-law.com

501 FIFTH AVENUE
19th FLOOR
NEW YORK, NEW YORK 10017
TEL: (212) 983-1300
FAX: (212) 983-0383

375 ABBOTT ROAD
PARAMUS, NEW JERSEY 07652
TEL: (201) 225-9001
FAX: (201) 225-9002

Please Reply To The New York Address

September 20, 2023

> Application GRANTED. The deadline for the submission of all necessary papers in connection with the parties' application for preliminary approval of the settlement is extended to **September 29, 2023**.
>
> The Court extends its condolences to Mr. McKenna.
>
> The Clerk of Court is directed to terminate ECF No. 53.
>
> SO ORDERED.
>
> */s/ Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Date: September 22, 2023

<u>VIA ECF</u>

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   <u>In re Kiromic Biopharma, Inc. Secs. Litig.</u>, No. 1:22-cv-06690 (JHR) (S.D.N.Y.)

Dear Judge Rearden:

This law firm represents Lead Plaintiffs, Ari Karp, Ethan Karp, and Ronald Karp ("Plaintiffs") in this putative class action. With permission from Kiromic Biopharma, Inc. ("Kiromic"), we write to request a one-week extension regarding the anticipated filing of Plaintiffs' Motion for Preliminary Approval (the "Motion"). Presently, the Motion is due September 22, 2023. The parties have been working industriously to put all of the terms of the proposed settlement in writing. Unfortunately, the undersigned's counsel's elderly aunt, for whom he was responsible, passed away this Monday and the process has been set back as he attended to her final affairs.

We respectfully request an extension of time to file Plaintiffs' anticipated Motion from September 22, 2023 to September 29, 2023. This is Plaintiffs' first request for an extension.

Respectfully submitted,

**GAINEY McKENNA & EGLESTON**

*Thomas J. McKenna*

Thomas J. McKenna

TJM/cg