**THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE KIROMIC BIOPHARMA INC., SECURITIES LITIGATION | Lead Case No. 1:22-cv-06690 (JHR) |

**DECLARATION OF THOMAS J. McKENNA IN SUPPORT
OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, THOMAS J. McKENNA, declare as follows:

1.      I am a member of Gainey McKenna & Egleston ("GM&E"), Lead Counsel for Lead Plaintiffs Ronald Karp, Ari Karp, and Ethan Karp ("Lead Plaintiffs") in the above-captioned matter (the "Action").

2.      I submit this declaration in support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

3.      Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation of Settlement ("Stipulation"), dated September 29, 2023, and Exhibits A-H thereto.

4.      I have overseen all material aspects of the litigation of the Action.  In addition, I was involved in the negotiation of the terms of the Settlement.  Accordingly, I have personal knowledge of the following facts and if called upon to testify, I could and would testify competently thereto.  Attached hereto as Exhibit 2 is the firm résumé of my firm, GM&E.

5.      On February 6, 2023, certain parties entered into a stipulation adjourning all case deadlines for a 45-day period.  During this time, the parties engaged in a series of settlement communications.

6.      Lead Plaintiffs and Kiromic made progress towards settlement in that period and agreed to extend the adjournment period on March 20, 2023 and once again on May 4, 2023, in order to engage in continued settlement discussions.  Both of these agreements were

so-ordered by the Court on April 5, 2023 and May 5, 2023, respectively. *See* ECF Nos. 48 and 50.

7.       Although settlement was not reached during the initial negotiations, the parties continued to engage in good faith settlement negotiations at arms-length until Lead Plaintiffs and Kiromic Biopharma, Inc. ("Kiromic" or the "Company") reached an agreement-in-principle to settle the Action, on August 7, 2023.  Thereafter, the parties negotiated, prepared and executed the Stipulation attached hereto.

8.       As I was personally involved in the negotiation of the terms of the Settlement, I can confidently state that the Settlement in this matter was reached only after hard fought, arm's-length negotiations between Kiromic and its counsel on one hand, and Lead Plaintiffs and Lead Plaintiffs' Counsel on the other hand.  There was no collusion of any sort.

9.       Attached as Exhibit 3 is a true and correct copy of the Notice of Pendency and Proposed Settlement of Class Action, dated December 3, 2014 in *Aranaz et al. v. Catalyst Pharmaceutical Partners Inc.*, 1:13-cv-23878-UU (S.D. Fl. 2014).

10.       Attached as Exhibit 4 is a true and correct copy of the Order of Final Distribution of Settlement Fund, dated May 6, 2019 in *Cohen et al. v. Kitov Pharmaceuticals Holdings LTD., et al.*, No. 1:17-cv-00917-LGS (S.D.N.Y. 2019).

11.       Attached as Exhibit 5 is a true and correct copy of the Order of Final Distribution of Settlement Fund in *Whiteley, et al. v. Zynerba Pharmaceuticals, Inc., et al.*, No. 2:19-cv-04959-NIQA (E.D. Pa. 2022).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29th day of September 2023, in New York, New York.

*/s/ Thomas J. McKenna*
Thomas J. McKenna

2