**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE KIROMIC BIOPHARMA INC., SECURITIES LITIGATION | Case No. 1:22-cv-06690 (JHR) |

### LEAD PLAINTIFFS' NOTICE OF UNOPPOSED MOTION TO AMEND SETTLEMENT MATERIALS

PLEASE TAKE NOTICE that Lead Plaintiffs Ronald H. Karp, Ari Karp, and Ethan Karp by and through their undersigned counsel, with the agreement of counsel for Kiromic BioPharma, Inc. ("Kiromic") and ThinkEquity LLC ("ThinkEquity") move this Court to substitute the amended Stipulation of Settlement and [Proposed] Final Order and Judgment attached hereto as Exhibits A and B, respectively, for Exhibit 1 (Stipulation of Settlement) and Exhibit G ([Proposed] Order and Final Judgment) of DE 57_1, filed September 29, 2023.

On October 24, 2023, ThinkEquity filed a partial objection to the settlement. DE 58. Kiromic and ThinkEquity conferred regarding ThinkEquity's objection and have agreed, with the consent of Lead Plaintiffs, to certain revised language, which has been incorporated into Section 2(a)(v) of the Stipulation of Settlement and paragraph 15 of the [Proposed] Final Order and Judgment. In exchange, ThinkEquity has agreed to withdraw its objection. These amendments concern obligations between defendant Kiromic and defendant ThinkEquity, and do not concern plaintiffs or the putative class.

Lead Plaintiffs hereby request that this Court strike Exhibit 1 (Stipulation of Settlement) and Exhibit G ([Proposed] Order and Final Judgment) of DE 57_1 and substitute these documents for the amended versions attached hereto.

DATED: October 27, 2023

1

By:     */s/ Thomas J. McKenna*
       **GAINEY McKENNA & EGLESTON**
       Thomas J. McKenna
       Gregory M. Egleston
       501 Fifth Avenue, 19th Floor
       New York, NY 10017
       Telephone: (212) 983-1300
       Facsimile: (212) 983-0383
       Email: tjmckenna@gme-law.com
       Email: gegleston@gme-law.com

       ***Lead Counsel for the Class***

2