**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE KIROMIC BIOPHARMA INC., | ) | |
| SECURITIES LITIGATION | ) | Lead Case No. 1:22-cv-06690 (JHR) |

**SUGGESTION OF BANKRUPTCY**

**PLEASE TAKE NOTICE** that on March 21, 2025, Kiromic Biopharma, Inc. ("Kiromic") filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware. The bankruptcy case is captioned *In re: Kiromic Biopharma, Inc.*, C.A. No. 25-10552 (MFW).

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 362(a) of the Bankruptcy Code, the filing of Kiromic's bankruptcy petition operates as a stay of all actions by any entity to commence or continue an action or proceeding, to recover a claim against Kiromic, to enforce a judgment against Kiromic, or to obtain possession of or to exercise control over property of the bankruptcy estate, as more fully set forth therein.

**PLEASE TAKE FURTHER NOTICE** that Jeoffrey L. Burtch was appointed as the Chapter 7 Trustee of Kiromic pursuant to § 702(d) of the Bankruptcy Code.

Date:  April 28, 2025

*/s/ Jeoffrey L. Burtch*
Jeoffrey L. Burtch
P.O. Box 549
Wilmington, DE 19899
(302) 472-7427
jburtch@burtchtrustee.com

*Chapter 7 Trustee for Kiromic Biopharma, Inc.*