```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RONALD H. KARP et al.,

                Plaintiffs,

-v.-

KIROMIC BIOPHARMA, INC. et al.,

                Defendants.

22 Civ. 6690 (JHR)

ORDER

---

JENNIFER H. REARDEN, District Judge:

      The Court is in receipt of the notice of Defendant Kiromic BioPharma, Inc. ("Kiromic") advising that, on March 21, 2025, a voluntary petition for relief pursuant to Chapter 7 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*, was filed in the United States Bankruptcy Court for the District of Delaware. *See* ECF No. 63. In light of the automatic stay provisions of 11 U.S.C. § 362, proceedings in this action are hereby STAYED, without prejudice to an application to the Bankruptcy Court for relief from the automatic stay.

      Prior to Kiromic's bankruptcy filing, the parties jointly moved for approval of a class action settlement in this case. *See* ECF Nos. 55, 62. Any party seeking to continue these proceedings should apply to the Bankruptcy Court for an order clarifying the applicability of the automatic stay and/or for relief from the stay. *See* 11 U.S.C. § 362(d).

      In the absence of such relief, by **July 28, 2025** and every ninety (90) days thereafter, the parties shall file a joint letter regarding the status of the bankruptcy proceedings in *In re: Kiromic Biopharma, Inc.*, No. 25-10552 (MFW) (Bankr. D. Del.). The letter should state whether the bankruptcy case is still pending and whether this matter should remain stayed, be dismissed, or be restored to the active calendar.

SO ORDERED.

Dated: May 29, 2025
       New York, New York

                                                          JENNIFER H. REARDEN
                                                          United States District Judge