# GAINEY McKENNA & EGLESTON

ATTORNEYS AT LAW

www.gme-law.com

260 MADISON AVENUE
22nd FLOOR
NEW YORK, NEW YORK 10016
TEL: (212) 983-1300
FAX: (212) 983-0383

375 ABBOTT ROAD
PARAMUS, NEW JERSEY 07652
TEL: (201) 225-9001
FAX: (201) 225-9002

Please Reply To The New York Address

July 28, 2025

***VIA ECF***

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:    *In re Kiromic Biopharma, Inc. Secs. Litig.*, No. 1:22-cv-06690 (JHR) (S.D.N.Y.)

Dear Judge Rearden:

This law firm represents Lead Plaintiffs, Ari Karp, Ethan Karp, and Ronald Karp ("Plaintiffs") in this putative class action. We write pursuant to this Court's Order requesting an update regarding Kiromic Biopharma, Inc.'s ("Kiromic" or the "Company") bankruptcy proceedings. ECF No. 64.

At this time, the Company's bankruptcy proceedings are still ongoing. Accordingly, a further update regarding this matter will be provided on October 27, 2025, pursuant to this Court's Order. *Id.*

Respectfully submitted,

**GAINEY McKENNA & EGLESTON**

*/s/ Thomas J. McKenna*
Thomas J. McKenna

Cc:    All counsel of record (via ECF)