**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE KIROMIC BIOPHARMA, INC. SECURITIES LITIGATION | ECF Case<br>1:22-cv-06690 (JHR)<br><br>**DECLARATION OF**<br>**ALEX JASON KAPLAN** |

Alex Jason Kaplan, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.     I am a member in good standing of the Bar of the State of New York and am a partner of Sidley Austin LLP, currently counsel of record for Defendants Kiromic BioPharma Inc. ("Kiromic"), Michael Nagel, and Pietro Bersani in the above-captioned action.

2.     I submit this declaration in support of the Motion for Withdrawal of Counsel.

3.     On August 5, 2022, Plaintiff Ronald Karp filed a complaint on behalf of himself and a putative class against Defendants alleging violations of the Securities Act of 1933 and the Securities Exchange Act of 1934 in the Southern District of New York. *See* No. 22 Civ. 6690, Dkt. No. 1 ("Karp Action").

4.     On October 3, 2022, Joseph Podmore also filed a complaint on behalf of himself and a putative class against Defendants alleging substantially similar violations of the securities laws as Ronald Karp. *See* No. 22 Civ. 8433, Dkt. No. 1 ("Podmore Action").

5.     On October 27, 2022, the Court ordered the consolidation of the Karp Action and the Podmore Action and assigned the caption *In re Kiromic Biopharma Inc. Securities Litigation*, No. 1:22-cv-6690 to the Action.

6.     On September 29, 2023, the parties filed papers for approval of a class action settlement. [DE 55-57].  On October 27, 2023, the parties filed an amendment to the settlement materials. [DE 59].  Pursuant to the Stipulation of Settlement, the settlement funds were to be

1

deposited into escrow, subject to various terms and conditions. The settlement has been fully funded since June 1, 2024. [DE 62].

7.     No current deadline is pending in the above-captioned matter. No date has been set for a hearing on the proposed settlement.

8.     On March 21, 2025, Kiromic filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.  The bankruptcy case is captioned *In re: Kiromic Biopharma, Inc.*, C.A. No. 25-10552 (MFW).  Prior to the filing of the voluntary petition, the Court did not have an opportunity to preliminarily approve the above-referenced settlement and proposed notice to the settlement class.

9.     On May 29, 2025, the Court ordered a stay of this action pursuant to the automatic stay provisions of 11 U.S.C. § 362.

10.     Defendants Michael Nagel and Pietro Bersani have retained Evan W. Bolla of Harris St. Laurent & Wechsler LLP, and I understand that Mr. Bolla is admitted to this Court and has filed a Notice of Appearance in this proceeding, dated August 4, 2025.

11.     As a result of the bankruptcy filing, Defendant Kiromic is now represented by Jeoffrey L. Burtch, Esq., Chapter 7 Bankruptcy Panel Trustee (the "Trustee"). I understand that the Trustee has retained special litigation counsel Cozen O'Connor and its attorney, Allen Guon.

12.     This withdrawal should cause no delay in the proceedings of this Action in light of the pending stay and the appearance of Harris St. Laurent & Wechsler LLP and the Trustee.

13.     None of the withdrawing counsel are retaining or charging a lien.

14.     A copy of the Motion for Withdrawal of Counsel and this Declaration are being served on Defendant Kiromic via the Trustee, and Defendants Bersani and Nagel, through their

respective counsel, by email and overnight mail.

WHEREFORE, it is respectfully requested that the Court grant the Motion for Withdrawal of Counsel.

I declare under penalty of perjury, that the foregoing is true and correct.

Executed on:    August 4, 2025
                New York, New York

/s/ *Alex J. Kaplan*
Alex J. Kaplan
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Tel: +1 212 839 5839
ajkaplan@sidley.com