**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE KIROMIC BIOPHARMA, INC. SECURITIES LITIGATION | ECF Case<br>1:22-cv-06690 (JHR) |

**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL**

    **IT IS HEREBY ORDERED** that the Motion of Sidley Austin LLP to withdraw as counsel for Kiromic BioPharma Inc., Pietro Bersani, and Michael Nagel is hereby granted. No further docketing notifications will be sent to Sidley Austin LLP or Alex Jason Kaplan via the ECF system.

Dated: _____          _____

                                           Hon. Jennifer H. Rearden
                                           United States District Judge

1